■ The People of the State of New York, Respondent, v Eric Jackson, Appellant. [61 NYS3d 891]—

Order, Supreme Court, Bronx (Megan Tallmer, J.), entered on or about May 31, 2013, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant, such as those relating to the facts of the crime and defendant's subsequent good behavior, were adequately taken into account by the risk assessment instrument. Even accepting defendant's argument that the assessment of 30 points for a prior violent felony involving no actual violence may have been excessive, we note that in denying a departure the court properly considered defendant's multiple misdemeanor weapon

possession convictions and his prior misdemeanor assault conviction.

We find no basis to conclude that the court employed the wrong standard in analyzing defendant's request for a downward departure. Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.